Patric A. Lester (SBN 220092)
pl@lesterlaw.com
Lester & Associates
5694 Mission Center Road, #358
San Diego, CA 92108
Phone (619) 665-3888
Fax (314) 241-5777

Attorneys for Plaintiff Manjit Khalsa

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJIT KHALSA, | Case No. 12-cv-02802-AJB (JMA) |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| REAL TIME RESOLUTIONS, INC., | |
| Defendant. | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Manjit Khalsa, (hereinafter "Plaintiff") and Defendant Real Time Resolutions, Inc. (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice, each party to pay its own costs and attorneys' fees.

Dated April 4, 2013
*/s/ Patric A. Lester*
Patric A. Lester
Attorney for Plaintiff,
Manjit Khalsa

Dated April 4, 2013
*/s/ Todd F. Stevens*
Todd F. Stevens
Attorney for Defendant,
Real Time Resolutions, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Todd F. Stevens, counsel for Defendant, and that I have obtained Todd F. Stevens's authorization to affix his/her electronic signature to this document.

Dated April 4, 2013                     */s/ Patric A. Lester*
                                        Patric A. Lester
                                        Attorney for Plaintiff,

Re: *Manjit Khalsa v. Real Time Resolutions, Inc.*,
Case No.12-cv-02802-AJB (JMA)
United States District Court, Southern District of California

## CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 5694 Mission Center Road, #358, San Diego, CA 92108. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** on the interested parties in said case addressed as follows:

Scott Grace
Luftman, Heck & Associates, LLP
1958 Sunset Cliffs Blvd.
San Diego, CA  92107
Attorney for: Manjit Khalsa

Todd F. Stevens
Keeney Waite & Stevens
402 West Broadway, Suite 1820
San Diego, CA  92101
Attorney for: REAL TIME RESOLUTIONS, INC.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on April 4, 2013, at San Diego, California.

>                                                    */s/ Patric A. Lester*
>                                                    Patric A. Lester
>                                                    Attorney for Plaintiff,
>                                                    Manjit Khalsa