# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJIT KHALSA,<br><br>  Plaintiff,<br>v.<br>REAL TIME RESOLUTIONS, INC.,<br><br>  Defendants. | Civil No.12cv2802 AJB (JMA)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS<br><br>(Doc. No. 13) |

Upon consideration of the parties' Joint Motion to Dismiss, the Court GRANTS dismissal of this case with prejudice.

IT IS SO ORDERED.

DATED: April 5, 2013

_____
Hon. Anthony J. Battaglia
U.S. District Judge